FREDERICK R. HAWKES, Respondent, v BONNIE M. HAWKES, Appellant. (Appeal No. 1.) [877 NYS2d 228]—Appeal from a judgment of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered November 29, 2007 in a divorce action. The judgment, among other things, distributed the marital assets.

FREDERICK R. HAWKES, Respondent, v BONNIE M. HAWKES, Appellant. (Appeal No. 3.) [877 NYS2d 721]—Appeal from

an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered September 10, 2008 in a divorce action. The order, among other things, denied defendant's request to reopen the previous denial of defendant's application for maintenance.

It is hereby ordered that said appeal is unanimously dismissed without costs (see Mergl v Mergl, 19 AD3d 1146, 1147 [2005]). Present—Scudder, P.J., Martoche, Fahey, Peradotto and Green, JJ.